## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Jennifer Johnson,                                    Civil No. 11-1403 (RHK/SER)

                 Plaintiff,                          **ORDER FOR DISMISSAL**

v.

Mid-Minnesota Management Services Inc.,
a/k/a Collection Resources,

                 Defendant.
_____


Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 4), **IT IS**

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and

without costs or disbursements to any party.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  October 11, 2011

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge